AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Search of white card board box sealed in clear plastic bag

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Thomas Sydnor___ being duly sworn depose and say:

I am a(n) ___Detective with the MPD___ and have reason to believe
(Official Title)

that (name, description and or location)

Search of white card board box sealed in a clear plastic bag with Fed Ex tracking number as #856643144565.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title _21_ United States Code, Section(s) _841, 846_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     YES ☐ NO

S. Elisabeth Poteat
Organized Crimes and Narcotics Trafficking
(202) 514-7067

Signature of Affiant
,

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____                    _____
Name and Title of Judicial Officer              Signature of Judicial Officer

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR

## A SEARCH WARRANT

___ U.S. District Court                              ___ Superior Court of the District of Columbia

---

FOR THE ENTIRE WHITE CARDBOARD BOX SEALED IN A CLEAR PLASTIC BAG WITH SENDERS NAME AND ADDRESS OF VINCENT GRAHM OF 8800 SEPULUEDA WEST WAY LOS ANGELES, CA. 90045 AND A RECEIVER NAME AND ADDRESS OF A. TUCKER xxxxx x.xx xxxxxS.E. WASHINGTON, D.C. 20019 AND PHONE NUMBER OF xxx-xxx-xxxx.

### I. INTRODUCTION

First being duly sworn, affiant, states, and depose the following to be true:

1. Your affiant has been a sworn member of the Metropolitan Police Department for over 24 years. During that time, the affiant has been involved in the investigation of vice related crimes for approximately 15 years. I have been assigned to Narcotic and Special Investigations Division for 7 years. This affiant has been involved in several arrests of couriers of narcotics on Amtrak trains and Greyhound buses and has participated in controlled deliveries of narcotics being distributed through the United States mail and other delivery service, which resulted in the arrest of the recipient(s).

. I submit this affidavit in support of an application for a warrant to search a white cardboard box sealed in a clear plastic bag. This box is labeled from sender of Vincent Grahm of xxxx xxxxxxxxx xxxx xxx xxxxxxxxxxx, xxx xxxxxx and the receiver of A. Tucker xxxx x St. S.E. Washington, D.C. 20019 with a telephone number of xxx-xxxxxxxx. Your affiant has identified the residence of the receiver located at xxxx x Street S.E. Washington, D.C. 20019 is within the District of Columbia.

### II. ACCOUNT OF INVESTIGATION ESTABLISHING PROBABLE CAUSE

2. I know, have witnessed, or have been advised by other law enforcement officers that: On Thursday December 7, 2006 a FED EX Parcel with tracking #xxxxxxxxxxxx was intercepted by Investigator Daniel Boutwell of Federal Express Sort Facility Indianapolis, IN. A subsequent examination of the mailed parcel disclosed the following:

Sender address:     Vincent Grahm
                    xxxxxxxxxxxxxxxxxxxxx
                    xxxxxxxxxxxxxxxxxxx

Recipient address:  A. Tucker
                    xxxx xx xxxxxx xxx.
                    xxxxxxxxx, xxx. xxxxx

On 12/7/06 authorities at FED EX Facility in Los Angeles, CA., observed and a white cardboard box with the identification of sender information of Vincent Grahm xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx and recipient information of A. Tucker xxxx xx xxxxxx xxx. Washington, D.C. 20019 was damaged and had a liquid coming from this box. This liquid had a consistent smell of PCP. Further investigation revealed that this liquid was PCP. Once this liquid was identified as PCP the authorities of FED EX in Los Angeles reviewed the tracking document of this package and observed that there was a second package with the same identification and also going to the same recipient location of A. Tucker of xxxx x. xxxxxx xxx. Washington, D.C. It was then discovered that the second package had been put on the plane and sent to final destination. The authorities then notified Investigator Daniel Boutwell of Federal Express Sort Facility located at xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx. to intercept the white cardboard box with the listed sender's and recipient information on it. Once this notification was made to Inv. Boutwell, Inv. Boutwell located the white cardboard box with the sender's and recipient information that was given to him and placed this white cardboard box inside of a clear plastic bag. Inv. Boutwell then notified Officer Michael Brite of Indianapolis Airport Police that he had recovered a white cardboard box that is suspected to be containing bottles of PCP. Officer Brite responded to Federal Express Sort Facility in Indianapolis, IN. where Inv. Boutwell turned over the white cardboard box to Officer Brite. Officer Brite then took the white cardboard box to Indianapolis Airport Police Headquarters. Officer Brite notified his dispatch to have Det. Bari Wade to respond to Indianapolis Airport Police headquarters for the recovery of a white cardboard box that maybe containing bottles of PCP. Det. Wade complied and obtained the white cardboard box from Officer Brite.

Detective Wade then notified S/A Kevin Steele of DEA that he have in his custody a white cardboard box suspected to contain bottles of PCP. Detective Wade contacted Det. Thomas Sydnor of the Metropolitan Police Department Interdiction Unit of the interception of a white cardboard box suspected of containing bottles of PCP. S/A Steele and Detective Wade  informed Det. Sydnor that the box was being sent toxxxxxxxxxxxxxxxxxxxxxxxxxxxx, D.C. prior to the interception. Detective Wade further informed Det. Sydnor that a white cardboard box that matched this box was previously intercepted by authorities at FED EX facility in Los Angeles because the box was damaged and it had a liquid coming from it which was identified to be PCP.  Det. Sydnor informed S/A Steele to let the white cardboard box continue through its route.

While this white cardboard box was in transit Det. Sydnor responded to xxxxxxxxxxxxx. Washington, D.C. to confirm that this address is a valid address within the District of Columbia. Upon arriving in the area of the xxxx block of x St. S.E. Washington, D.C. Det. Sydnor was able to confirm that xxxxxxxxxxxxx. Washington, D.C. is a valid address  within the District of Columbia.

     3.     Further investigation revealed that Antoine D. Richards, Sharon R. Tucker and Lawrence Warren Tucker resides at xxxxxxxxxxxxx. Washington, D.C. No further information of this location was obtained. A check of individuals whom gives the address of   xxxxxxxxxxxxxx. as their residence revealed the following:

**1) Antoine DePree Richards with  DOB of  xxxxxx**

**2) Sharon R. Tucker with a DOB of xxxxxxx**

3) **Lawrence Warren Tucker with a DOB of xxxxxxx**

**Based upon what I have recounted above, I believe that it is reasonable to infer that an individual or individuals have stored bottle containers within inside the white cardboard box a quantity of PCP. In particular, I suspect this because when authorities of FED EX in Los Angeles recovered the first white cardboard box which was leaking a liquid that was identified to be PCP, the recipients address is a valid address within the District of Columbia. Also that the recipient resides at xxxxxxxxxxxxxxx. Washington, D.C.**

**Based upon the foregoing, I respectfully submit that there now is probable cause to believe that within the white cardboard box with senders information of Vincent Grahm, xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx and receiver of A. Tucker xxxxxxxxxxxxxxx Washington, D.C. 20019 and phone number of xxxxxxxxxxx will be bottles containing a quantity of PCP. Further, I submit that there is probable cause to believe that there can be found in this same white cardboard box finger prints on the bottles and within the box itself.**

**Therefore, the Affiant request that a search warrant be issued to the aforementioned white cardboard box and seize any and all illicit control substance found within this white cardboard box and any documents or papers that will further identify these violators of the Narcotic Laws of the United State and the District of Columbia.**

_____  
**Assistant United States Attorney**

Thomas Sydnor  
Detective, Washington, D.C.  
Metropolitan Police

**Department**

_____  
**D.C. Superior Court Judge**

_____  
United States Magistrate **Judge**

_____  
**Date**