AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Search of white card board box sealed in clear plastic bag

## SEARCH WARRANT

CASE NUMBER:

# 06 - 503 - M - 01

TO:  __Thomas Sydnor__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Thomas Sydnor__  who has reason to believe that
(name, description and or location)

Search of white card board box sealed in a clear plastic bag with Fed Ex tracking number as

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___December 18, 2006___
                                                                                                (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__DEC 08 2006__

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 12-8-06 | 12-8-06 1645 Hrs | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

On white Scotch mailing box Containing
(5) Five 750 mL Freixenet Extra Dr Sparking wine Bottles
each Containing liquid substance. One bottle had
A strong Chemical odor of PCP.

**FILED**

DEC 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____        12/14/06
U.S. Judge or U.S. Magistrate Judge        Date